■ In the Matter of KEVEN A. NUNN, Respondent, v MARY J. NUNN, Appellant. [992 NYS2d 665]—Appeal from an order of the Family Court, Steuben County (Peter C. Bradstreet, J.), entered

May 1, 2013 in a proceeding pursuant to Family Court Act article 6. The order, among other things, awarded petitioner primary physical placement of the subject child.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Scudder, P.J., Peradotto, Carni and Valentino, JJ.